**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **OMAR JAMALADDIN,** | |
| *Plaintiff,* | |
| | **Civil No. 25-2882** |
| **v.** | |
| **POLICE AND FIRE FEDERAL CREDIT UNION,** | |
| *Defendant.* | |

**ORDER**

**AND NOW**, this 2nd day of April, 2026, upon review of Defendant Police and Fire Federal Credit Union's Motion to Dismiss (ECF No. 34) and the responses thereto, it is hereby **ORDERED** that Defendant's Motion is **GRANTED** for the reasons stated in the accompanying memorandum.  The Amended Complaint is **DISMISSED** without prejudice.

**BY THE COURT:**

_____
MARY KAY COSTELLO, J.